| | | |
|---|---|---|
| DEBRA BROWN; JEROME BELL; CHARLES BROOKS; JASON SWEARINGTON; AND NICOLE GULLETT | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No: 4:05-cv-67 JUDGE MATTICE/CARTER |
| COFFEE COUNTY, TENNESSEE; STEVE GRAVES, individually and in his official capacity; PAMELA FREEMAN, individually; OFFICER TREY, individually; TERESA HULAN, individually; SGT. RICK GENTRY individually; KEITH SHELLER, individually; LT. CHARLES BEATTY, individually; OFFICER HOBBS, individually; KAYRON BOWEN, individually; JONATHON YOTT individually; AND WADE FERRELL, individually; | ) ) ) ) ) ) ) ) ) ) ) ) ) | JURY DEMAND |
| Defendants. | ) | |

## PLAINTIFFS' FINAL WITNESS LIST

Now come Plaintiffs pursuant to Rule 26(a)(3)(A) of the Federal Rules of Civil Procedure and identifies the following witnesses:

a. Gregory Morgan
   211 Stone Blvd.
   Tullahoma, TN 37388
   (931) 581-7065

b. Steve Graves
   Coffee County Sheriff's Dept.

300 Hillsboro Blvd.
Manchester, TN 37355

c.  Jerome Bell
    8145 McMinnville Hwy.
    Morrison, TN 37357
    (931) 728-8524

d. Custodian of records for the Coffee County Jail
    300 Hillsboro Blvd.
    Manchester, TN 37355

e.  Jason Swearington
    320 W. Short Street
    Manchester, TN 37355
    Will call if needed.

f. Charles Brooks
    996 Blue Creek Road
    Tullahoma, TN 37388

g. Jonathon Yott
    3808 Gleason Lane
    Gleason, TN 38229

h. Doris Pearson
    C/O Coffee County Senior Citizen Center

i. Cindy McAlister
    C/O JE Sverdrup Company
    600 William Northern Blvd.
    P.O. Box 884
    Tullahoma, TN 37388
    (931) 393-6601

j. Pam Freeman
    300 Hillsboro Road
    Manchester, TN


k. Custodian of Records
    Harton Regional Medical Center
    1801 North Jackson Street
    Tullahoma, TN 37388

l.  John Hanna, Jr.
    Tennessee Corrections Institute
    500 Deadrick Street
    8th Floor
    Andrew Jackson Building
    Nashville, TN 37243
    (615) 741-3816

m. Lee Duckett
    1370 Pocohontis
    Manchester, TN 37355

n. Custodian of Records
    Dr. Michael Sheldon
    1425 McArthur Drive
    Manchester, TN 37355
    (931) 728-0469
    Will call if needed.

o. Custodian of Records
    Marvel Clinic
    1821 North Washington Street
    Tullahoma, TN 37388
    (931)
    Will call if needed.

p. Custodian of Records
    Highland Rim anesthesia
    P.O. Box 11429
    Chattanooga, TN 37401
    (931) 455-3649
    Will call if needed.

q. Sam Rittenberry
    1893 Warren Road
    Manchester, TN 37355

r. John Berry
    104 Sims Lane
    Tullahoma, TN 37388

   s. Dr. Michael E. Sheldon
      1425 McArthur Drive
      Manchester, TN 37355
      (931) 728-0469
      Will call if needed.

   t. Dr. James R. Thurman
      2120 N. Jackson Street
      Tullahoma, TN 37388
      (615) 455-6020
      By deposition.

   u. Rick Smith

   x. Those witnesses identified by Defendants.

                              Respectfully submitted,

                              s/ James L. Baum
                              James L. Baum
                              P.O. Box 338
                              Burns, Tennessee 37029
                              (615) 740-6899
                              Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing was mailed by ordinary mail, postage prepaid, this 27th day of November, 2007 to the following:

Jeffrey M. Beemer, Esquire
Stewart, Estes & Donnell
Financial Center, Suite 1401
424 Church Street
Nashville, TN 37215

                              s/ James L. Baum
                              James L. Baum