UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
WINCHESTER DIVISION

| | | |
|---|---|---|
| GREGORY J. MORGAN | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: 4:06-CV-15 |
| | ) | JUDGE MATTICE/CARTER |
| COFFEE COUNTY, TENNESSEE; | ) | |
| STEVE GRAVES, individually and in his official | ) | |
| capacity; PAUL BLACKWELL, individually and | ) | |
| in his official capacity; and, JONATHON YOTT | ) | JURY DEMAND |
| individually and in his official capacity. | ) | |
| | ) | |
|     Defendants. | ) | |

## PLAINTIFF'S NOTICE OF FILING DEPOSITIONS

Comes now the Plaintiff Gregory J. Morgan, and hereby gives notice of filing partial depositions of John Berry, John Hanna, and Gregory Morgan in opposition to Defendants' Motion for Summary Judgment. Counsel for Plaintiff would state that he encounter difficulties in attaching these depositions to Plaintiff's Brief in Opposition to Defendants' Motion for Summary Judgment which was filed on January 22, 2008.

    Respectfully Submitted,

    Law Office of James Baum

    /s/ James L. Baum
    James L. Baum (021818)
    P.O. Box 338
    Burns, TN 37029
    (615) 740-6899
    Attorney for Plaintiff

1

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a true copy of the foregoing was served on Jeffrey M. Beemer, Esquire, Stewart, Estes & Donnell, Financial Center Suite #1401, 424 Church Street, Nashville, TN 37219 by ordinary mail or electronic transmission on this the 23rd day of January, 2008.

                 /s/ James L. Baum
                 James L. Baum

2
Case 4:05-cv-00067   Document 67   Filed 01/23/08   Page 2 of 2   PageID #: 143