IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
WINCHESTER DIVISION

| | | |
|---|---|---|
| GREGORY J. MORGAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No: 4:06-CV-15 |
| | ) | JUDGE MATTICE/CARTER |
| COFFEE COUNTY, TENNESSEE, | ) | JURY DEMAND |
| STEVE GRAVES, individually and in his | ) | |
| official capacity, PAUL BLACKWELL, | ) | |
| individually and in his official capacity, | ) | |
| and JONATHAN YOTT, individually and | ) | |
| in his official capacity, | ) | |
| | ) | |
| Defendants. | ) | |

_____

**DEFENDANTS' MOTION IN LIMINE TO EXCLUDE CERTAIN EXHIBITS IDENTIFIED IN THE PLAINTIFF'S PRETRIAL DISCLOSURES**
_____

Come the Defendants Coffee County, Tennessee, Steve Graves, and Jonathan Yott, and move the Court for entry of an Order in Limine precluding the Plaintiff from introducing into evidence at trial Exhibits 2, 4, 5, 7-12, and 15 as identified in his Pretrial Disclosures.

As is set forth in detail in the supporting Memorandum simultaneously filed herewith, any evidence concerning inspections of the Coffee County Jail by the Tennessee Corrections Institute and the planning of a new jail generated after the Plaintiff's release from custody is irrelevant. Alternatively, this evidence is excludable on grounds of prejudice, confusion, or waste of time. Further, the Plaintiff seeks to rely upon evidence of alleged overcrowding of the jail, which was not asserted as a basis for the claims in this Plaintiff's Complaint.

336263

WHEREFORE, these Defendants respectfully request that the Court enter an Order excluding from trial Exhibits 2, 4, 5, 7-12, and 15 from the Plaintiff's Pretrial Disclosures.

Respectfully submitted,

STEWART, ESTES & DONNELL, PLC


By: /s/ Jeffrey M. Beemer
Jeffrey M. Beemer, #17247
Fifth Third Center, Suite 1401
424 Church Street
Nashville, TN 37219
(615) 244-6538

Attorneys for Defendants Coffee County, Tennessee, Steve Graves, and Jonathan Yott

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been served by electronic filing or United States Mail, first class, postage pre-paid, to:

James L. Baum, Esq.
P. O. Box 338
Burns, TN 37029

this 3rd day of March, 2008.

/s/ Jeffrey M. Beemer
Jeffrey M. Beemer